AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHRISTENSEN, DANA L. | U.S. District Court - Montana | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court Missoula
201 E. Broadway
Missoula, MT 59802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Montana Teachers Retirement System - Pension |
| 2. | 2016 | The University of Montana and Montana State University - Teaching wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vacation Rental - Whitefish, MT (Assessed Value $264,500) | C | Rent | N | S | | | | | |
| 2. Royal Bank of Canada | A | Interest | J | T | | | | | |
| 3. First Interstate Bank - Lake A/C | A | Interest | J | T | | | | | |
| 4. First Interstate Bank - Govt A/C | A | Interest | J | T | | | | | |
| 5. Prudential - Variable Life Policy | | | | | | | | | |
| 6. - Prudential Value Fund | A | Int./Div. | J | T | | | | | |
| 7. - Prudential Global | A | Int./Div. | J | T | | | | | |
| 8. - Janus Protoflio InShr | A | Int./Div. | J | T | | | | | |
| 9. - AST Total Return Bond | A | Int./Div. | J | T | | | | | |
| 10. - AST BlackRock Glbl Strat | A | Int./Div. | J | T | | | | | |
| 11. Principal Life Ins - Adjustable Life | B | Dividend | L | T | | | | | |
| 12. Brokerage Account #1 | | | | | | | | | |
| 13. - Edward Jones - Money Market | A | Dividend | J | T | | | | | |
| 14. - Mt Fac Fin Auth Health 4.75 | A | Interest | J | T | | | | | |
| 15. - Forsyth Mt Pollution Ctl Rev 5% | A | Interest | J | T | | | | | |
| 16. - Invesco Mun Prem Income Tr | B | Dividend | K | T | | | | | |
| 17. - M Stanley Witter Incm Secs Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Balanced Fund Cl A | B | Dividend | K | T | | | | | |
| 19. - Amern High Income Trust Cl A | A | Dividend | J | T | | | | | |
| 20. - Capital Income Build | A | Dividend | J | T | Sold (part) | 12/09/16 | J | | |
| 21. - Growth Fund of America Cl A | A | Dividend | J | T | | | | | |
| 22. - Income Fund of America Fund A | A | Dividend | K | T | | | | | |
| 23. - Investment Co of America Fd A | A | Dividend | J | T | | | | | |
| 24. - Loomis Sayles Invt Grade Bd C | A | Dividend | J | T | Sold (part) | 01/05/16 | J | | |
| 25. | | | | | Sold (part) | 12/09/16 | J | | |
| 26. - Lord Abbett Balances Strat A | B | Dividend | L | T | Sold (part) | 04/18/16 | J | A | |
| 27. | | | | | Sold (part) | 05/16/16 | J | A | |
| 28. | | | | | Sold (part) | 10/06/16 | J | | |
| 29. - Lord Abbett Short Dur Inc Fd C | A | Dividend | J | T | Sold (part) | 01/05/16 | J | | |
| 30. | | | | | Sold (part) | 10/06/16 | J | | |
| 31. - Virtus Multi Sector Shs Trm Bd | A | Dividend | J | T | Sold (part) | 01/05/16 | J | | |
| 32. Brokerage A/C #2 - SEP-IRA (Selected Low Risk Funds) | | | | | | | | | |
| 33. - MGD Assets DIA Multi CAP EQ | E | Dividend | N | T | | | | | |
| 34. - MGD Assets DIA Equity Income | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #3 | | | | | | | | | |
| 36. - ARC Resources Ltd | A | Dividend | K | T | | | | | |
| 37. - Bank of Nova Scotia | C | Dividend | M | T | | | | | |
| 38. - BCE Inc New | D | Dividend | M | T | | | | | |
| 39. - Bell Canada Callable MTN Due 2/22/16 | A | Interest | | | Sold | 01/11/16 | K | | |
| 40. - Bell Canada MTN Due 02/15/17 | B | Interest | | | Sold | 09/16/16 | K | | |
| 41. - Boardwalk Real Estate Invt Tr Units | B | Dividend | K | T | | | | | |
| 42. - Brookfield Asset Mngt Class A Ltd Vtg Shs | B | Dividend | L | T | | | | | |
| 43. - CAD Cash | | | K | T | | | | | |
| 44. - Canadian Apartment PPTYS RE Inv Tr | C | Dividend | L | T | | | | | |
| 45. - Canadian National Railway Co | B | Dividend | M | T | | | | | |
| 46. - Canadian Utilities LTD 4.5% Cum RDM Secnd Prf Sr CC | B | Dividend | K | T | Buy (add'l) | 12/06/16 | J | | |
| 47. - Dividend 15 Split Corp 5.25% PFS SHS | B | Dividend | K | T | | | | | |
| 48. - Emera Inc | B | Dividend | K | T | Buy | 01/13/16 | K | | |
| 49. - Fortis Inc | C | Dividend | L | T | | | | | |
| 50. - Franco-Nevada Corporation | B | Dividend | L | T | | | | | |
| 51. - Great-West Lifco Inc | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Great-West Lifeco Inc 4.5% Non Cum 1st Pfd Ser I | C | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 53. - Manitoba Telecon Serviced, Inc. | B | Dividend | | | Sold (part) | 05/16/16 | K | C | |
| 54. | | | | | Sold (part) | 06/13/16 | K | C | |
| 55. | | | | | Sold | 06/28/16 | K | C | |
| 56. - Pembina Pipleline Corp | C | Int./Div. | L | T | | | | | |
| 57. - RBC Premium Money Mkt Fund (447) | A | Dividend | | | Sold (part) | 04/29/16 | K | | |
| 58. | | | | | Sold (part) | 05/17/16 | J | | |
| 59. | | | | | Sold (part) | 06/13/16 | J | | |
| 60. | | | | | Sold | 09/20/16 | K | | |
| 61. - Royal Bank of Canada | C | Dividend | M | T | | | | | |
| 62. - Suncor Energy Inc New | A | Dividend | K | T | | | | | |
| 63. - Toronto Dominion Bank | C | Dividend | L | T | | | | | |
| 64. - Transcanada Corporation | C | Dividend | M | T | | | | | |
| 65. - United Corporations Ltd | C | Dividend | M | T | | | | | |
| 66. - Westcoast Energy Inc 5.5% Cum 1st Pfd Ser 7 Perp | C | Dividend | M | T | | | | | |
| 67. - Westshore Terminals Investments Corporation | A | Dividend | | | Sold | 07/19/16 | K | | |
| 68. 529 College Savings #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Growth Fund of America X | A | Dividend | J | T | | | | | |
| 70. - Income Fund of America X | A | Dividend | J | T | | | | | |
| 71. 529 College Savings #2 | | | | | | | | | |
| 72. - Growth Fund of America X | A | Dividend | J | T | | | | | |
| 73. - Income Fund of America X | A | Dividend | J | T | | | | | |
| 74. 529 College Savings #3 | | | | | | | | | |
| 75. - Growth Fund of America X | A | Dividend | J | T | | | | | |
| 76. - Income Fund of America X | A | Dividend | J | T | | | | | |
| 77. 529 College Savings #4 | | | | | | | | | |
| 78. - Growth Fund of America X | A | Dividend | J | T | | | | | |
| 79. - Income Fund of America X | A | Dividend | J | T | | | | | |
| 80. 529 College Savings #5 | | | | | | | | | |
| 81. - Growth Fund of America X | A | Dividend | J | T | | | | | |
| 82. - Income Fund of America X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHRISTENSEN, DANA L. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DANA L. CHRISTENSEN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544